**Order entered September 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-00690-CV

**ARGO DATA RESOURCE CORPORATION AND MAX MARTIN, Appellants**

**V.**

**BALKRISHNA SHAGRITHAYA, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 07-15149-I**

## ORDER

Appellants ARGO Data Resource Corporation and Max Martin's joint motion to correct the appellate bill of costs filed on September 3, 2014 is hereby **GRANTED**. Contemporaneous with this Order, the Clerk of the Court will issue an amended and corrected appellate bill of costs in the above referenced cause.

/s/     DAVID EVANS
           JUSTICE